## WILLIAM A. MARCHETTI *v.* JOHNNY RAMIREZ ET AL.

The petition of the defendants Johnny Ramirez and APA Truck Leasing Company for certification for appeal from the Appellate Court, 40 Conn. App. 740 (AC 13926), is granted, limited to the following issues:

"1. What is the proper legal standard by which to evaluate expert medical testimony in support of an award for future medical expenses?

"2. Applying that standard, should the judgment of the Appellate Court upholding the jury verdict be affirmed?"

The Supreme Court docket number is SC 15417.

*David Thomas Ryan* and *Bradford S. Babbitt*, in support of the petition.

*Dante R. Gallucci*, in opposition.

Decided May 9, 1996

## STATE OF CONNECTICUT *v.* TYRONE CAROLINA

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 762 (AC 13885), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Michael K. Courtney*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided May 9, 1996